THE FIRST NATIONAL BANK OF KINGMAN V. JOSEPH
GERSON, No. 6527.— FERDINAND WESTHEIMER & SONS
V. SAME, No. 6535.—GERALD MCPIKE et al. V. SAME,
No. 6546.— WILLIAM A. STICKNEY V. SAME, No. 6547.
ISAAC ROSENBERG et al. V. SAME, No. 6549.—SAMUEL
WESTHEIMER et al. V. SAME, No. 6551.

*Per Curiam:* In accordance with the stipulation on file in
this court, the decision in each and all the foregoing cases
from Kingman district court will be the same as in the case
of *National Bank v. Gerson*, No. 6538, just decided.